```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ISABELLA FORY

                      **Plaintiff,**                21-CV-08876 (PGG)(VF)

          -against-                           <u>**ORDER**</u>

EL PORTON BAR & RESTAURANT CORP., et al.,

                      **Defendant(s).**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter informing the Court about the status of discovery. The joint letter shall be filed with the Court by <u>**Friday, July 15, 2022.**</u>

**SO ORDERED.**

DATED:      New York, New York
                 May 25, 2022

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge