UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ISABELLA FORY,                                            Civil Action No.: 1:21-CV-8776

                Plaintiff,

   - against –                                                           **JUDGMENT**

EL PORTON BAR & RESTAURANT CORP., EL
PORTON BAR & RESTAURANT No. 2 CORP., RAFAEL
MERLIN, MEYLEN ENG, and MOISES MERLIN.


                Defendants.
-------------------------------------------------------------------X

     WHEREAS on or about November 14, 2022, Defendants EL PORTON BAR & RESTAURANT CORP., EL PORTON BAR & RESTAURANT No. 2 CORP., RAFAEL MERLIN, MEYLEN ENG, and MOISES MERLIN extended to Plaintiff ISABELLA FORY an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), and whereas said Plaintiff accepted said offer on or about November 28, 2022.

     JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00).

Dated: New York, New York

  December 6, 2022 , 2022

                                                */s/ Paul G. Gardephe*
                                         JUDGE PAUL G. GARDEPHE, U.S.D.J.